**VICTORIA L. FRANCIS**
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4633
FAX: (406) 657-6058
E-mail: Victoria.Francis@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**DAN C. WALLEN,**<br><br>Defendant. | MJ 14-45-M-JCL<br><br><br>**SATISFACTION OF MONETARY JUDGMENT** |

The monetary judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the District of Montana is hereby authorized and empowered to satisfy and cancel the judgment of record as to the monetary judgment of record imposed by this Court.

DATED this 5th day of May, 2017.

                                              LEIF M. JOHNSON
                                              Acting U.S. Attorney


                                              <u>/s/ Victoria L. Francis</u>
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2017, a copy of the foregoing document was served on the following persons by the following means:

```
 1,2   CM/ECF
____   Hand Delivery
  3    U.S. Mail
____   Overnight Delivery Service
____   Fax
____   E-Mail
```

1. Clerk, U.S. District Court

2. John Rhodes
   Federal Defenders of Montana
   125 Bank Street, Suite 710
   Missoula, MT  59802

   Attorney for Defendant

3. Dan Wallen
   Bigfork, MT  59911

/s/ Victoria L. Francis
Assistant U.S. Attorney
Attorney for Plaintiff